**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RICK FUTIA,                                          C 07-03789 PVT

        *Plaintiff(s),*

                                                      **CLERK'S NOTICE RESCHEDULING**
                                                      **STATUS CONFERENCE**

*vs.*

CAROL HOCKENBURY,

        *Defendant(s).*

_____

      Please take notice that the Case Management Conference previously scheduled  for October 30, 2007 has been rescheduled for **February 26,  2008 at 2:00 p.m. for a Status Conference** before Magistrate Patricia V. Trumbull.   Parties are to appear  in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: October 29, 2007

                         /s/ Corinne Lew
                         _____
                         Corinne Lew
                         DEPUTY CLERK