THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No. C 07-3789 PVT |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| CAROL HOCKENBURY, JOAN WHITE, BRENDA REED, ROSE KELSEY, THOMAS TROMBATORE, SHERYL TROMBATORE, DANIELLA TROMBATORE and GUISEPPE TROMBATORE, | |
| Defendants. | |

The Court is hereby notified that the Parties have settled this Action. A "Stipulation of Dismissal; Order" will be filed and e-mailed to the Court by February 22, 2008.

February 19, 2008

S/Thomas N. Stewart, III
Attorney for Plaintiff

C 07-3789 PVT                    1